PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Beaumont_ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 1 3 2020

BY
DEPUTY_____

_Ronnie Barton 1792342_
Plaintiff's Name and ID Number

_James V. Allred unit_
Place of Confinement

CASE NO. _1:20cv306_
(Clerk will assign the number)

v.

_Charlotte A. Slayton / Kitchen Captain (ECB Kitchen)_
Defendant's Name and Address

_James V. Allred unit 2101 Fm 363W. Iowa Park, Texas 76367_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO
  B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit: ~~December 20, 2019~~ can't remember date but in 2019
   2. Parties to previous lawsuit:
      Plaintiff(s) Bonnie Barton
      Defendant(s) ~~~~ medical Department
   3. Court: (If federal, name the district; if state, name the county.) Beaumont
   4. Cause number: ~~~~ 1:20-CV-63
   5. Name of judge to whom case was assigned: Keith Giblin
   6. Disposition: (Was the case dismissed, appealed, still pending?) ~~none~~ yes
   7. Approximate date of disposition: ~~none~~ June 4th 2020

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: James V. Allred unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Ronnie Barton   James V. Allred unit 2101 Fm 363 N. Iowa Park, Texas 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Charlotte A. Slayton - Kitchen Captain
James V. Allred unit 2101 Fm 363 N. Iowa Park, Texas 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

feeding me Ronnie Barton (rice) that I'm (allergic) to

Defendant #2: Jimmy S. Smith - head warden
James V. Allred unit 2101 Fm 363 N. Iowa Park, Texas 76367

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

refusing to do his (Job) as (warden) I have writting (I-60) complaining

Defendant #3: Andrea B. Lozada - Assistant warden
2101 Fm 363 N. Iowa Park, Texas 76367

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

also refusing to do her (Job) as (assistant warden) I have writting (I-60) complaining

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I Ronnie Barton has been (allergic) to (rice) sense (age 12 yrs old) I was telling (Charlotte A. Slayton I can't eat (rice) I had a (rice attack) from the (rice) (Charlotte A. Slayton) served me I could not (breath) and causing my (throat) to (swell) up couldn't hardly (swallow) anything as well that brought (harm) to my (health) I can't eat (Pork) are do (dairy products) as well, she (Charlotte A. Slayton) still serve me Ronnie Barton (rice) everyday and will not (stop) giving me (rice) at all, so what am I suppose to do mean while about the (allergic) to (rice)? but at (age 12) I had a (major attack) from the (rice) I'm (allergic) to, but dont know why she (Charlotte A. Slayton) is continuing to serve me Ronnie Barton (rice) and can't eat (rice) of me been (allergic) to (rice) why is she doing that?

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to file a lawsuit with the court of $765,000 for conflicting harm physically causing swelling in my throat and couldn't hardly breath from the allergic of rice

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1792342

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Eastern Division
2. Case number: 1:20-CV-63
3. Approximate date sanctions were imposed: June 4, 2020
4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ___NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?   ✓ YES ___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): United States magistrate
2. Case number: 1:20-CV-63
3. Approximate date warning was issued: June 4th 2020

Executed on: _____
         DATE

_____
(Signature of Plaintiff)
Ronnie Barton

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____7____ day of ___July___, 20_20___.
         (Day)                  (month)              (year)

_____
(Signature of Plaintiff)
Ronnie Barton

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

*Please Return for court Records*

**Texas Department of Criminal Justice**

*violation* **ACCEPT AS ORIGINAL**

# STEP 1 OFFENDER GRIEVANCE FORM

Barton, Ronnie HSF 229B

| | |
|---|---|
| Offender Name: Ronnie Barton | TDCJ #: 1792342 |
| Unit: Allred | Housing Assignment: ~~illegible~~ |
| Unit where incident occurred: Allred unit | |

**OFFICE USE ONLY**

Grievance #: 2020096153
Date Received: MAR 26 2020
Date Due: MAY 05 2020
Grievance Code: 815
Investigator ID #: I2744
Extension Date: ___
Date Retd to Offender: APR 24 2020

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Kitchen captain charlotte slayton   When? Thursday march 26, 2020

What was their response? none

What action was taken? Feed me what she want me have

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

I keep telling charlotte slayton not to put (rice) on my tray because I have a major reaction from it but yet she charlotte slayton violated my civil rights by giving me Ronnie Barton something I can't eat the violation is (code 23-mistreatment of offenders-violation level-2) and violation of (code 20-violation of statutory authority/court order/Rules/Regulation/Policies-violation level-2) and also violated (code 22a-Harassing Retaliating against another individual-violation level-2) she (charlotte A. slayton) has been mistreating me Ronnie Barton every sense I gotten on this unit on serving me Ronnie Barton the proper trays I'm required to have, she (charlotte A. slayton) is putting off on (medical) of not doing their (job) but yet it's not (medical) I watch (medical) put me in the (computer) on getting a (Regular) diet tray) (charlotte A. slayton) and the (Kitchen crew) is not giving me Ronnie Barton the proper foods I'm Required to have (medical) has done their part of taken me Ronnie Barton off the (cover trays) but yet (charlotte A. slayton) say it's not (cleared) from (medical) thats a (lie) I Ronnie Barton set an watch (medical) removed me Ronnie Barton from all allergys I Ronnie Barton never had any (allergeys) to any thing (charlotte A. slayton) needs to up date the (ECB Kitchen) computer but yet she (charlotte A. slayton) is in violation of (code 7-substandard duty performance-violation level-4) also violation of (code 10-Falsification of Records-violation level-2) also violation of (code 8-Failure to follow proper safety procedures-violation level-4) she (charlotte A. slayton) violated my Ronnie Barton (civil rights) of (code 39.04-violation of the

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

(civil rights of a person in custody) and also violated (Texas Government code Section 498.007 and 500.003 and Texas Penal Code article 47.02 and Texas Government code Chapter 57) and also violated Texas Government code 501.002) and also violated (Texas Penal code 36.05) and (Texas Penal code 36.06) and (code 37-misconduct-violation level-4) and also (code 27-failure to turn in all evidence seized-violation level-3) as well, she (Charlotte A. Slayton) was very (nasty) and very (rude) of giving me Ronnie Barton the proper food that I'm required to have at this time.

**Action Requested to resolve your Complaint.** I want some consideration and respect of giving me the proper food that I'm required to have.

**Offender Signature:** Ronnie Barton    **Date:** 3/26/20

**Grievance Response:**
The investigation of this grievance is complete. The trays you receive are not Diet For Health (DFH), the only reason your trays are covered, is a mental note for those feeding, that it is a tray for someone with allergies. Ms. Slayton is feeding you according to policy, you are not allergic to rice. Food service and medical department have no record of you being allergic to rice. Your allergies are as follows; pork/porcine product derivatives, dairy products, legumes and beans. If you want your diet changed, you may request a sick call to be evaluated. This is for your information. No further action is warranted.

M Feazell.
Assistant Warden    **Date:** APR 2 3 2020    APR 2 4 2020

**Signature Authority:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

*Please Return for court Records Violation of officials*

JUN 0 3 2020



# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2020096153
UGI Recd Date: APR 27 2020
HQ Recd Date: MAY 1 - 2020
Date Due: 6-6
Grievance Code: 815
Investigator ID#: I-2589
Extension Date: ____

Offender Name: Ronnie Barton        TDCJ # 1792342
Unit: Allred        Housing Assignment: ~~HSF-121B~~ (HSF-121B)
Unit where incident occurred: Allred unit

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I (Ronnie Barton) is (dissatisfied) of the (response) given by (warden M. Feazell) the simple (facts) is (number one) he can't tell me (Ronnie Barton) what I'm (allergic) to and I (know) what I am (allergic) to and for a (fact) I know I can't eat (rice) period I know what kind of (reaction) I have from it I (Ronnie Barton) has a (major reaction) from (rice) and I'm not going to (eat) something I'm (allergic) to when I eat rice I can't (breath) hardly from it (charlotte A. slayton) don't follow (Policy) like she (suppose) to (according) to (AD 03.82-states (UGI) shall have access to all documents acts to investigate a grievance, my welfare pursuants to Government code 501 Inmate welfare is at (risk) as (TDCJ) has now (repeatedly) try to feed me (rice) products that I can't eat that I'm (allergic) to instead of the (proper trays) please assure I get the proper trays according to (food Procedures manual meal service 13.03 - offenders shall be allowed to select the items they want on their trays there shall be no blind feeding, (charlotte A. slayton)(breaks) the (Policy) every single day asked these (inmates)(charlotte A. slayton) gets away with it and she is in (violation) of (code 7-substandard duty Performance-violation level-4) and also she (charlotte A. slayton) has (violated) as well (code 37-misconduct-violation level-4) and as well she (charlotte A. slayton)(violated)(code 27-failure to turn in all evidence seized-violation level-3) she (charlotte A. slayton) also (violated) my (Ronnie Barton) rights of (code 39.04-violation of the civil rights of a person in custody) and also she (charlotte A. slayton)(violated) as well (Government code section 498.007 and 500.003 and Texas Penal code article. 47.02 and Texas Government code chapter 571) she (charlotte A. slayton) is very (nasty) and very (rude) toward me (Ronnie Barton) and she's not going to (feed) me anything that I'm not suppose to eat that I'm (allergic) to

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

she (Charlotte A. Slayton) has also (violated) my (Ronnie Barton) 8 amendment rights) of given me (rice) that I'm (allergic) to that I know that I can't eat at all and that's a (fact) I have (major reaction) from it and you can't tell me (Ronnie Barton) that I'm not (allergic) to (rice)

**Offender Signature:** Ronnie Barton        **Date:** 4/27/20

**Grievance Response:**

An investigation has been conducted into your complaint. No conclusive evidence of staff misconduct or policy violations could be substantiated. No further action warranted.

Offender Signature: _____        Date: _____

Grievance Response:

H. M. Pederson

**Signature Authority:** _____[signature]_____        **Date:** MAY 18 2020

**Returned because:** *Resubmit this form when corrections are made.

☒ 1. Grievable time period has expired.
☒ 2. Illegible/Incomprehensible.*
☒ 3. Originals not submitted. *
☒ 4. Inappropriate/Excessive attachments.*
☒ 5. Malicious use of vulgar, indecent, or physically threatening language.
☒ 6. Inappropriate.*

Offender Signature:
Grievance Response:
Signature Authority:
Returned because: *Resubmit this form when corrections are made.
CGO Staff Signature:
☒ 1. Grievable time period has expired.
☒ 2. Illegible/Incomprehensible.*
☒ 3. Originals not submitted.*
☒ 4. Inappropriate/Excessive attachments.*
☒ 5. Malicious use of vulgar, indecent, or physically threatening language.
☒ 6. Inappropriate.*

I-128 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**Appendix G**

Ronnie Barton
1792342
2101 Fm 363N.
Iowa Park, Texas 76367

CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 13 2020
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

NORTH TEXAS TX P&
DALLAS TX 750
9 JUL 2020 PM

U.S. District Clerk
Jack Brooks Federal Bldg.
U.S. Courthouse
300 Willow Street Ste. 1041
Beaumont, Texas 77701-2222