IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RONNIE BARTON | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv306 |
| CHARLOTTE A. SLAYTON, ET AL. | § | |

MEMORANDUM OPINION AND ORDER

Ronnie Barton, an inmate confined at the Allred Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Charlotte A. Slayton, Jimmy S. Smith and Andrea Lozado. Plaintiff complains of events that occurred at the Allred Unit.

Discussion

The Civil Rights Act, 42 U.S.C. § 1981, *et. seq.*, under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391. *Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd per curiam*, 480 F.2d 805 (5th Cir. 1973).

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose. Plaintiff's claims arose at the Allred Unit, which is located in Wichita County, Texas. In addition, the defendants appear to reside in Wichita County. Pursuant to 28 U.S.C. § 124, Wichita County is located in the Wichita Falls Division of the United States District Court for the Northern District of Texas. As a result, venue in the Eastern District of Texas is not proper.

When venue is not proper, the court "shall dismiss, or if it be in the interests of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).  After considering the matter, the court is of the opinion that it would be in the interests of justice to transfer this case. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Wichita Falls Division of the United States District Court for the Northern District of Texas.

**SIGNED this the 28th day of July, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE